UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS BECKLEY, | ) | Case No.: 1:06 CV 1392 |
| | ) | |
| Petitioner | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| GOVERNOR BOB TAFT, *et al.*, | ) | |
| | ) | |
| Respondents | ) | <u>JUDGMENT ENTRY</u> |

The court, having adopted the Magistrate Judge's Report and Recommendation (ECF No. 7), recommending that Respondent's Motion to Dismiss be granted and Petitioner's Petition for a Writ of Habeas Corpus be dismissed, hereby enters judgment for the Respondent and against the Petitioner.

IT IS SO ORDERED.

<u>/S/SOLOMON OLIVER, JR.</u>
UNITED STATES DISTRICT JUDGE

August 22, 2006